UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. RILEY, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00241-JLT-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 4) |

Plaintiff Earl L. Riley, III, proceeding *pro se*, commenced this civil action on February 25, 2022, with the filing of the complaint that generally brings claims concerning employment discrimination. (*See* ECF No. 1). Finding Plaintiff's initial *in forma pauperis* (IFP) application to likely contain incorrect information regarding Plaintiff's alleged receipt of no income over the past twelve months, the Court directed Plaintiff to file a long form IFP application. (ECF Nos. 2, 3). Plaintiff filed his long form IFP application on March 7, 2022, indicating that he has in fact received income over the past twelve months. (ECF No. 4). Upon review of Plaintiff's income and expenses, the Court concludes that Plaintiff has made the requisite showing required by § 1915(a).

Accordingly, Plaintiff's long form IFP application (ECF No. 4) is granted. The Clerk is directed to terminate Plaintiff's initial IFP application (ECF No. 2) as moot.
IT IS SO ORDERED.

　　Dated:　**March 9, 2022**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1