UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL L. RILEY, III, | No. 1:22-cv-00241-JLT-EPG (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, | (Doc. 8) |
| Defendant. | |

Earl L. Riley, III, is proceeding *pro se* and *in forma pauperis* in this action filed under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* He alleges, in general, that Defendant Sheet Metal Workers International Association has engaged in discriminatory employment practices. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 4, 2022, the assigned magistrate judge entered findings and recommendations, recommending that this action be dismissed for failure to state a claim and without further leave to amend. (Doc. 8.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one days from the date of service of the findings and recommendations. (*Id*. at 6.) Plaintiff has filed no objections to date, and the time to do so has expired.

1

According to 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Thus,

1. The findings and recommendations entered on May 4, 2022 (Doc. 8) are **ADOPTED IN FULL**;
2. Plaintiff's first amended complaint is **DISMISSED** for failure to state a claim without further leave to amend;
3. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 9, 2022**

_____
UNITED STATES DISTRICT JUDGE

2